In the Matter of the Estate of AUGUST BOSSARD, Deceased. EDWARD F. SUHRE, Respondent; LOUIS F. BOYES et al., as Executors of AUGUST BOSSARD, Deceased, Appellants.

*Matter of Bossard*, 105 App. Div. 640, affirmed.
(Submitted October 3, 1905; decided October 24, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1905, which affirmed an order of the New York County

Surrogate's Court directing the executors herein to pay to the respondent a certain sum of money on account of his interest in the estate of August Bossard, deceased.

*Francis J. Kuerzi* for appellants.

*Joseph A. Arnold* and *Leon Lauterstein* for respondent.

Order affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent : O'BRIEN, J.